CLARA ELSESSER and Others, Appellants, v. JOSEPH PFLEGING and Others, Defendants; JOHN J. STOKES, Receiver, Respondent.— Order granting an allowance of $450 to the attorneys for the receiver modified by reducing the allowance to $175 and as so modified affirmed, in so far as an appeal is taken, with ten dollars costs and disbursements to the appellants, payable by the attorneys. Most of the services enumerated as a basis for an allowance for legal services are of a nature that should have been performed by the receiver himself. Such of the services as justified a legal charge were of a trivial and relatively unimportant nature and do not warrant an allowance in excess of the amount here fixed, especially where no time basis for the legal services rendered is contained in the affidavit upon which the application for an allowance was sought. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

WILLIAM HODSON, Commissioner of Public Welfare of the City of New York, on the Complaint of HILMA GORBA, Respondent, v. DAVID FIRGAND, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, adjudging defendant to be the father of complainant's child and directing payment for its support, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

KASSIEL HOMNICK and DRUCKER & GUSSOFF REALTY CORP., Respondents, v. NEW YORK DOCK TRADE FACILITIES CORPORATION, Appellant.— In an action by real estate brokers to recover a commission, judgment in favor of plaintiffs, entered upon the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of ANTHONY BRUNONE, Respondent, for an Order of Mandamus against THE SOCIETA MUTUO SOCCORSO SAN ROCCO FRA I CITTADINI DI PALO COLLE BARI and Others, Appellants.— Defendants, including a membership corporation, appeal from (a) an order of the Supreme Court resettling an earlier order, both granting respondent's motion for an order setting aside an election of officers held by the corporate appellant and directing that a new election be held in accordance with the corporation's by-laws, and (b) from the original order. Resettled order unanimously affirmed, with ten dollars costs and disbursements. Appeal from original order dismissed, without costs. On the facts admitted in the affidavit of the president of the corporation opposing petitioner's motion, the election in question was held in violation of the corporation's by-laws. These required a secret ballot, which was not used. Furthermore, the president acted entirely outside his powers in purporting to disqualify a rival candidate for the presidency. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ. Settle order on notice, in which order a date for the election will be fixed.